United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
SUNDEEP R. PATEL, CSBN 242284
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8981
    Facsimile: (415) 744-0134
    E-Mail: sundeep.patel@ssa.gov

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRISTOPHER ALLAN ARSICH** | **CASE NO. 13-0741 KJN** |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING DEFENDANT'S ANSWER** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Defendant's time to file his answer is hereby extended from September 2, 2013, to October 3, 2013. This extension is required due to an unexpected delay in obtaining a transcript of Plaintiff's administrative hearing.

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: August 22, 2013 | Respectfully submitted,<br><br>BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ *Sundeep R. Patel*<br><br>SUNDEEP R. PATEL<br>Special Assistant U.S. Attorney<br>Attorney for Defendant |
| Dated: August 22, 2013 | <br>LAW OFFICES OF LAWRENCE D. ROHLFING<br><br>By /s/ *Ann M. Cerney*<br>ANN M. CERNEY<br>Attorney for Plaintiff |

**ORDER**

APPROVED AND SO ORDERED.

DATE:  August 26, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE