Ann M. Cerney, SBN:     068748

CERNEY KREUZE & LOTT, LLP

42 N. Sutter Street, Suite 400

Stockton, CA 95202

(209) 948-9384

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER A. ARSICH,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>          Defendant. | No. 2:13-00741-KJN<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file A Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of December 2, 2013, by fifteen days, to the new response date of  December 17, 2013.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

///

///

///

1

1 | DATED: December 2, 2013                BENJAMIN B. WAGNER
                                          United States Attorney
2                                         DONNA L. CALVERT
                                          Acting Regional Chief Counsel, Region IX
3

4

5   */s/ Ann M. Cerney*                   */a/ Sundeep Patel*
    ANN M. CERNEY,                        SUNDEEP PATEL,
6   Attorney for Plaintiff                (As authorized via E-mail on 12/02/2013)
                                          Special Assistant U S Attorney
7                                         Attorneys for Defendant

2

1 | Ann M. Cerney, SBN: 068748
2 | CERNEY KREUZE & LOTT, LLP
3 | 42 North Sutter Street, Suite 400
4 | Stockton, California 95202
5 | Telephone: (209) 948-9384
6 | Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CHRISTOPHER A. ARSICH, | No. 2:13-000741-KJN |
|---|---|
| Plaintiff, | |
| v. | **ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file his Motion For Summary Judgment on or before December 17, 2013.

SO ORDERED.

Dated: December 5, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3