Ann M. Cerney, SBN:    068748

CERNEY KREUZE & LOTT, LLP

42 N. Sutter Street, Suite 400

Stockton, CA 95202

(209) 948-9384

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER A. ARSICH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>　　　　Defendant. | No. 2:13-00741-KJN<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to Reply To Defendant's Cross-Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of February 6, 2014, by twenty-one days, to the new response date of February 27, 2014.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.


///

///

///

1

DATED: February 6, 2014

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX

*/s/ Ann M. Cerney*
ANN M. CERNEY,
Attorney for Plaintiff

*/s/ Francesco Benavides*
FRANCESCO (PACO) BENAVIDES
(As authorized via E-mail on 2/06/14)
Special Assistant U S Attorney
Attorneys for Defendant

1 | Ann M. Cerney, SBN: 068748
2 | CERNEY KREUZE & LOTT, LLP
3 | 42 North Sutter Street, Suite 400
4 | Stockton, California 95202
5 | Telephone: (209) 948-9384
6 | Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CHRISTOPHER A. ARSICH, | No. 2:13-000741-KJN |
|---|---|
| Plaintiff, | |
| v. | **ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to Reply To Defendant's Cross-Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file his Reply To Defendant's Cross-Motion For Summary Judgment on or before February 27, 2014.

SO ORDERED.

Dated: February 7, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE